IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL THOMAS,                ) | |
|     Plaintiff,               ) | |
|                                  ) | |
| v.                                  ) | CIVIL ACTION NO. 1:20-00273-KD-N |
|                                  ) | |
| KILOLO KIJAKAZI, *Acting*  ) | |
| *Commissioner of Social Security*, ) | |
|     Defendant.            ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated November 19, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure Rule 41(b) and/or the Court's inherent power as a sanction for the Plaintiff's failure to prosecute and obey a court order.

**DONE** and **ORDERED** this the **6th** day of **December 2021.**

                                              /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**